**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Patricia E. Campbell, Respondent,

v.

Joanne Ahearn and Robert J. Plum, Appellants.

Appellate Case No. 2019-001886

———————

Appeal From Colleton County
Kenneth A. Campbell, Jr., Special Referee

———————

Unpublished Opinion No. 2022-UP-218
Submitted April 1, 2022 – Filed May 18, 2022

———————

**AFFIRMED**

———————

Joanne Ahearn and Robert J. Plum, both of New Smyrna
Beach, Florida, pro se.

Benjamin Cullifer Pickens Sapp, of Walterboro, for
Respondent.

———————

**PER CURIAM:** Joanne Ahearn and Robert J. Plum (collectively, Appellants)
appeal the special referee's order setting aside a deed from Patricia E. Campbell
conveying an interest in property to them and quieting title to the property in
Campbell. We affirm pursuant to Rule 220(b), SCACR, and the following
authority: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It

is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial judge to be preserved for appellate review.").

**AFFIRMED.**[1]

**GEATHERS and HILL, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.